Page: 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-50951 | LMJ | Judge: | Lena M. James | Trustee Name: | C. EDWIN ALLMAN, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | JBTRS, L.L.C. | | | | Date Filed (f) or Converted (c): | 10/31/2018 (c) |
| | | | | | 341(a) Meeting Date: | 12/07/2018 |
| For Period Ending: | 06/30/2022 | | | | Claims Bar Date: | 01/09/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 55.1 330 & 344 Carswell Ave-Land Buildings & Improvements, FL<br><br>SALE PRICE OF $145,000.00 PER ORDER #461 (ENTERED IN PRODUCT QUEST MANUFACTURING 18-50946) MINUS CLOSING COST AND REAL ESTATE TAXES OF $29,671.71. | 4,427,855.00 | 115,328.29 | | 115,328.29 | FA |
| 2. 74.0 Causes of Action<br><br>No value to Estate. | Unknown | 0.00 | | 0.00 | FA |
| 3. 331 Carswell Avenue (u)<br><br>Sold to Industrial Assets Corp., or its designess, for $82,500. | 0.00 | 82,500.00 | | 82,500.00 | FA |
| 4. Refunds for Insurance Policies (u) | Unknown | 1,564.00 | | 1,564.00 | FA |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $4,427,855.00 | $199,392.29 | $199,392.29 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

FIFTEENTH INTERIM REPORT (2ND QUARTER 2022)

A Stipulation of Voluntary Dismissal of Adversary Proceeding Complaint against Debtor was filed in the WARN Act adversary proceeding styled Jonathon Walker vs. Product Quest Manufacturing, LLC; Ei LLC; Product Quest Logistics, LLC; Scherer Labs International, LLC; JBTRS, L.L.C.; and PQ Real Estate LLC (Adversary Proceeding Number 18-06028) on June 30, 2022 [docket #47]. Trustee will be submitting his Final Report for this case in the upcoming quarter.

Page: 2

Initial Projected Date of Final Report (TFR): 12/31/2020   Current Projected Date of Final Report (TFR): 12/31/2022

Trustee Signature:   /s/ C. EDWIN ALLMAN, III, Trustee   Date: 07/08/2022

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-50951  
Case Name: JBTRS, L.L.C.  
Taxpayer ID No: XX-XXX1249  
For Period Ending: 06/30/2022  

Trustee Name: C. EDWIN ALLMAN, III, Trustee  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX0955  
Checking  
Blanket Bond (per case limit): $600,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Balance Forward |  |  |  | $0.00 |
|  |  | No Transactions |  |  |  |  | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

Page: 2

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50951　　　　　　　　　　　　　　　　　Trustee Name: C. EDWIN ALLMAN, III, Trustee
Case Name: JBTRS, L.L.C.　　　　　　　　　　　　　　　Bank Name: Axos Bank
　　　　　　　　　　　　　　　　　　Account Number/CD#: XXXXXX0089
　　　　　　　　　　　　　　　　　　　　　　　　　　　Checking
Taxpayer ID No: XX-XXX1249　　　　　　Blanket Bond (per case limit): $600,000.00
For Period Ending: 06/30/2022　　　　　　Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|  |  |  | Balance Forward |  |  |  | $29,492.16 |
| 04/01/22 |  | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $32.56 | $29,459.60 |
| 05/02/22 |  | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $31.48 | $29,428.12 |
| 06/01/22 |  | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $32.49 | $29,395.63 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $96.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $96.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $96.53 |

Page Subtotals:　　　　　　$0.00　　　$96.53

Page: 3

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0089 – Checking | $84,064.00 | $158,441.91 | $29,395.63 |
| XXXXXX0955 – Checking | $115,328.29 | $11,554.75 | $0.00 |
|  | $199,392.29 | $169,996.66 | $29,395.63 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $199,392.29 |
| Total Gross Receipts: | $199,392.29 |

Trustee Signature:    /s/ C. EDWIN ALLMAN, III, Trustee    Date: 07/08/2022

C. EDWIN ALLMAN, III, Trustee
380 KNOLLWOOD ST., STE. 700
WINSTON-SALEM NC 27103
(336) 631-1433
ceallman@allmanspry.com

Page Subtotals:              $0.00       $0.00